FILED
CLERK, U.S. DISTRICT COURT

AUG 11 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DICKERSON,<br><br>        Petitioner,<br><br>    v.<br><br>MATTHEW MARTEL, Warden<br><br>        Respondent. | NO. CV 08-2076 VAP (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: Aug 11, 2008.

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE